FILED
SUPERIOR COURT
OF GUAM

2019 JUN -3 PM 4 37

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **CRIMINAL CASE NO.: CF0123-18** |
| vs. | |
| **GINA LORRAINE CEPEDA DEMAPAN,** (aka Gina Lorraine Cepeda Berman) DOB: 09/17/1972 | **DECISION AND ORDER** (Motion to Dismiss/Motion to Compel) |
| **DEFENDANT.** | |

### INTRODUCTION

This matter came before the Honorable Anita A. Sukola on Gina Lorraine Cepeda Demapan's ("Defendant") Motion to Dismiss with Prejudice. Attorney Nicole Cruz represents the Defendant. Assistant Attorney General Matthew A. Phelps represents the People of Guam ("People"). A Motion Hearing was held on May 30, 2019, and the Court granted the People's Motion from the bench. The Court now issues the following written Decision and Order memorializing the prior oral decision, and hereby **GRANTS** the People's Motion to Dismiss with Prejudice and further **EXPUNGES** this matter from Defendant's record. The Court further finds that Defendant's Motion to Compel is hereby **MOOT**.

### BACKGROUND

On February 27, 2018, a grand jury returned an Indictment charging Defendant with **POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE WITH INTENT TO DELIVER** (As a First Degree Felony), **POSSESSION OF A SCHEDULE II CONTROLLED**

CF0123-18, People vs. Demapan
DECISION AND ORDER

ORIGINAL

Page 1 of 2

**SUBSTANCE** (As a Third Degree Felony), and **POSSESSION OF A FIREARM WITHOUT GUAM FIREARMS IDENTIFICATION** (As a Third Degree Felony). Indictment (Feb. 27, 2018). On April 8, 2019, Defendant filed a Motion to Compel Production of Discovery. Mot. to Compel (Apr. 8, 2019). In addition to other information and documents, Defendant sought production of any search warrants used in this case. Id.

## DISCUSSION

On May 30, 2019, the People filed a Motion to Dismiss with Prejudice, citing concerns regarding the search warrant. People's Mot. to Dismiss (May 30, 2019). Specifically, the People state concerns that the structure searched was Defendant's residence, which would grant her a Fourth Amendment privacy interest in the structure. Id. at 3. As dismissal with prejudice resolves this case, the Court finds that Defendant's outstanding Motion to Compel is now moot.

## CONCLUSION

Based on the foregoing reasons, the Court **GRANTS** the People's Motion to Dismiss with Prejudice and **EXPUNGES** this matter from Defendant's record. Defendant's Motion to Compel is hereby **MOOT**.

**SO ORDERED** 6/5/19 .

The Honorable Anita A. Sukola
Judge, Superior Court of Guam

SERVICE VIA COURT BOX

I acknowledge that a copy of the original hereto was placed in the court box of: AG , Arriola ,

Date: 6/4/19 Time: 8:00am

Antonio Cruz
Deputy Cl..., .., ... Court of Guam

CF0123-18, People vs. Demapan
DECISION AND ORDER